KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX:        (408) 535-5081
E-Mail:    Mark. Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/6/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00252-RMW |
| Plaintiff, ) | |
| v. ) | STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER |
| SUSAN REMPE, ) aka Cinnamon, ) aka Cin, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed between defendant Susan Rempe, by and through his counsel of record, Bruce Funk, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on July 24, 2006 at 9:00 a.m.

2. The parties request further time, until September 25, 2006, to address sentencing issues.

3. Probation has been advised of this request.

// // //

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 06-00252-RMW

1   For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from July 24, 2006 at 9:00 a.m. to September 25, 2006 at 9:00 a.m., or the next available date.

   IT IS SO STIPULATED.

Dated: June __, 2006                                KEVIN V. RYAN
                                                    United States Attorney


                                                    _____
                                                    MARK L. KROTOSKI
                                                    Assistant United States Attorney

Dated: June __, 2006


                                                    _____
                                                    BRUCE FUNK
                                                    Attorney for Defendant

   IT IS SO ORDERED.

   Upon good cause shown, the sentencing hearing is continued from July 24, 2006 at 9:00 a.m. to September 25, 2006 at 9:00 a.m.

Dated: July _6_, 2006

                                                     /s/ Ronald M. Whyte
                                                    _____
                                                    RONALD M. WHYTE
                                                    United States District Judge


Distribute To:

Bruce Funk
46 West Santa Clara Street
San Jose, CA 95113
FAX (415) 393-2286

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Jack C. Roberson
U.S. Probation Officer
280 South First Street
San Jose, CA 95113