KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX:        (408) 535-5081
E-Mail:    Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/21/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>              )<br>     Plaintiff,    )<br>              )<br>     v.       )<br>              )<br>SUSAN REMPE,      )<br>   aka Cinnamon,   )<br>   aka Cin,      )<br>              )<br>     Defendant.    )<br>_____) | No. CR 06-00252-RMW<br><br>STIPULATION REQUESTING<br>CONTINUANCE OF SENTENCING<br>HEARING AND ORDER |

It is hereby stipulated and agreed between defendant Susan Rempe, by and through his counsel of record, Bruce Funk, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on September 25, 2006 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from September 25, 2006 at 9:00 a.m. to November 13, 2006 at 9:00 a.m., or the next available date.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 06-00252-RMW

1  IT IS SO STIPULATED.

2  Dated: September 18, 2006                          KEVIN V. RYAN
                                                     United States Attorney
3

4                                                            /s/

5                                                     _____
                                                     MARK L. KROTOSKI
6                                                    Assistant United States Attorney

7  Dated: September 18, 2006                                 /s/

8                                                    _____
                                                     BRUCE FUNK
9                                                    Attorney for Defendant

10  IT IS SO ORDERED.

11  Upon good cause shown, the sentencing hearing is continued from September 25, 2006 at

12  9:00 a.m. to November 13, 2006 at 9:00 a.m.

13  Dated: September 21, 2006

                                                      /S/ RONALD M. WHYTE
14                                                   _____
                                                     RONALD M. WHYTE
15                                                   United States District Judge

16

17  Distribute To:

18  Bruce Funk
    46 West Santa Clara Street
    San Jose, CA 95113
19  FAX (415) 393-2286

20  Mark L. Krotoski
    AUSA
21  150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
22

23  Jack C. Roberson
    U.S. Probation Officer
    280 South First Street
24  San Jose, CA 95113

25

26

27

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 06-00252-RMW                     Page 2 of 2