1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  150 Almaden Avenue, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5035
   FAX:       (408) 535-5081
6  E-Mail:    Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11                                                         *E-FILED - 11/8/06*

12
   UNITED STATES OF AMERICA,        )    No. CR 06-00252-RMW
13                                  )
           Plaintiff,                )
14                                  )    STIPULATION REQUESTING
      v.                            )    CONTINUANCE OF SENTENCING
15                                  )    HEARING AND ORDER
   SUSAN REMPE,                     )
16     aka Cinnamon,                )
       aka Cin,                     )
17                                  )
                                    )
18         Defendant.                )
                                    )
19

20     It is hereby stipulated and agreed between defendant Susan Rempe, by and through his

21 counsel of record, Bruce Funk, Esq., and the United States, by and through Assistant United

22 States Attorney Mark L. Krotoski, as follows:

       1.   This matter is presently set for a sentencing hearing on November 13, 2006 at 9:00 a.m.
23
       2.   The parties agree that further time is needed to address sentencing issues and that the
24
   terms of the plea agreement continue to apply.
25
       3.   For the foregoing reasons, and that the ends of justice are served by continuing this case,
26
   the parties stipulate and request to a continuance of the sentencing hearing from November 13,
27
   2006 at 9:00 a.m. to February 5, 2007 at 9:00 a.m., or the next available date.
28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND  ORDER
CR 06-00252-RMW

1  IT IS SO STIPULATED.

2  Dated: November 2, 2006                           KEVIN V. RYAN
                                                    United States Attorney

                                                         /s/
                                                    _____
                                                    MARK L. KROTOSKI
                                                    Assistant United States Attorney

   Dated: November 1, 2006
                                                         /s/
                                                    _____
                                                    BRUCE FUNK
                                                    Attorney for Defendant

   IT IS SO ORDERED.

   Upon good cause shown, the sentencing hearing is continued from November 13, 2006 at 9:00 a.m. to February 5, 2007 at 9:00 a.m.

   Dated: November  8 , 2006

                                                     /S/ RONALD M. WHYTE
                                                    _____
                                                    RONALD M. WHYTE
                                                    United States District Judge

   Distribute To:

   Bruce Funk
   46 West Santa Clara Street
   San Jose, CA 95113
   FAX (408) 286-3139

   Mark L. Krotoski
   AUSA
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113

   Jack C. Roberson
   U.S. Probation Officer
   280 South First Street
   San Jose, CA 95113

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 06-00252-RMW                          Page 2 of 2